*HELLER & EDWARDS*
Lawrence E. Heller, Esq., SBN 69770
9454 Wilshire Blvd., Suite 500
Beverly Hills, CA 90212
Tel: (310) 550-8833
Fax: (310) 858-6637

Attorneys for Defendants K&L Import, Inc., JJ Pak dba Four Jay, James Pak, and Jane Pak

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FOUR JAY, an unknown business entity; K & L IMPORT, INC., a California Corporation; JAMES PAK, an individual; JANE PAK, an individual; and DOES 1 through 10, inclusive, <br><br> Defendant(s) | Case No. CV 14-04283-DSF (PLAx) <br><br> ORDER GRANTING PROTECTIVE ORDER |

The court having fully considered the joint stipulation for protective order, this court rules as follows:

Joint Stipulation for Protective Order is **granted**.

SO ORDERED.

Dated: December  29 , 2014.   _____
                              Magistrate Judge Paul L. Abrams
                              United States District Judge